**SKF USA INC. and SKF Sverige AB,
Plaintiffs–Cross Appellants,**

v.

**UNITED STATES, Defendant–
Appellant,**

and

**The Torrington Company (now known
as Timken U.S. Corporation),
Defendant–Appellee.**

Nos. 01–1168, 01–1176.

United States Court of Appeals,
Federal Circuit.

April 26, 2004.

Herbert C. Shelley, Principal Attorney, Alice A. Kipel, of Counsel, Steptoe & Johnson, Washington, DC, for Plaintiff–Cross Appellant.

Terence P. Stewart, Principal Attorney, Wesley K. Caine, of Counsel, Lane S. Hurewitz, of Counsel, Geert M. De Prest, of Counsel, Stewart and Stewart, Washington, DC, for Defendant–Appellee.

Ada E. Bosque, Principal Attorney, Velta A. Melnbrencis, of Counsel, Berniece A. Browne, of Counsel, David R. Mason, of Counsel, John D. McInerney, of Counsel, David M. Cohen, of Counsel, John F. Koeppen, of Counsel, Washington D.C., for Defendant–Appellant.

### ORDER

Upon consideration of the United States' unopposed motion to voluntarily dismiss its appeal, 01–1168, and SKF USA, Inc. et al.'s unopposed motion to voluntarily dismiss their appeal, 01–1176,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motions to dismiss are granted.

(2) All sides shall bear their own costs.